(February 27, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN MALAGON, Appellant.—Judgment, Supreme Court, New York County, rendered on December 14, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Markewich, Silverman, Lynch and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ALLEN, Appellant.—Judgment, Supreme Court, New York County, rendered on September 27, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Evans and Lupiano, JJ.

■ NAOMI GERSHBERG, Appellant, v MYRON GERSHBERG, Respondent.— Order, Supreme Court, New York County, entered on July 20, 1978, unanimously affirmed, without costs and without disbursements, for the reasons stated by Blyn, J., at Special Term. Concur—Murphy, P. J., Kupferman, Birns, Evans and Lupiano, JJ.